**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

JOHN MICHAEL OWENS                                          14-15375

**Debtor(s)**                                               **Bankruptcy No.**

## CERTIFICATE OF SERVICE

**AND NOW,** comes <u>Jenean Tucker</u>, from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

   Creditor

   SANTANDER BANK, N.A.
   (BY: DOVENMUEHLE MORTGAGE, IN(
   (BY: DOVENMUEHLE MORTGAGE, IN(
   PITTSBURGH              PA    15250-7306

   Debtor

   JOHN MICHAEL OWENS

   1196 GLENSIDE ROAD

   DOWNINGTOWN           PA    19335

B. and by electronic service only:

   Debtor's Attorney

   ROBERT J LOHR, II
   1246 WEST CHESTER PK
   SUITE 312
   WEST CHESTER          PA    19382


   U.S. Trustee

   Frederic J. Baker, Esquire
   Office of the U.S. Trustee
   833 Chestnut Street, Suite 500
   Philadelphia, PA 19107

                                            /s/ <u>Jenean Tucker</u>
                                            Office of William C. Miller, Esquire
                                            Chapter 13 Standing Trustee

Dated    1/29/2019